UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-cv-61782-KMW

CARLOS GUARISMA, individually,

    Plaintiff,

v.

ADT SECURITY SERVICES, INC., a Delaware corporation, ADT LLC, a Delaware limited liability company, and SECURITY SOLUTION, INC., a Tennessee corporation,

    Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff CARLOS GUARISMA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby files this Stipulation of Voluntary Dismissal. A proposed order dismissing this action is attached hereto as Exhibit A.

Respectfully submitted this 8th day of July, 2013.

## STIPULATION

| | |
|---|---|
| BRET L. LUSSKIN, Esq. | ANTHONY M. STELLA, Esq. |
| *Attorney for Plaintiff* | *Attorney for ADT Defendants* |
| 1001 N. Federal Hwy., Ste 106 | Miami Center, Suite 3200 |
| Hallandale Beach, Florida 33009 | 201 South Biscayne Boulevard |
| Telephone: (954) 454-5841 | Miami, FL 33131-4332 |
| Facsimile: (954) 454-5844 | Telephone: 305.358.5171 |
| blusskin@lusskinlaw.com | Facsimile: 305.358.7470 |
| | astella@shb.com |
| By: /s/ Bret L. Lusskin, Esq. | By: /s/ Anthony M. Stella, Esq. |
|     Bret L. Lusskin, Esq. |     Anthony M. Stella, Esq. |
|     Florida Bar No. 28069 |     Florida Bar No. 57449 |

DAVID P. REINER, II
*Attorney for Security Solution, Inc.*
9100 South Dadeland Boulevard, Suite 901

1

Miami, FL 33156-7815
Telephone: 305.670.8282
Facsimile: 305.670.8989
dpr@reinerslaw.com

By: /s/ David P. Reiner, Esq.
    David P. Reiner, Esq.
    Florida Bar No. 416400

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    BRET L. LUSSKIN, Esq.
    *Attorney for Plaintiff*
    1001 N. Federal Hwy., Ste 106
    Hallandale Beach, Florida 33009
    Telephone: (954) 454-5841
    Facsimile: (954) 454-5844
    blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
    Bret L. Lusskin, Esq.
    Florida Bar No. 28069