UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61782-Civ-WILLIAMS

CARLOS GUARISMA,

    Plaintiffs,

vs.

ADT SECURITY SERVICES, INC.,
ADT LLC, and SECURITY SOLUTION,
INC.

    Defendants.
_____/

## ORDER CLOSING CASE UPON STIPULATION OF DISMISSAL

This **MATTER** is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal, wherein the parties have requested an order dismissing the case with prejudice [D.E. 37]. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED**. Each party shall bear its own costs and fees, except as otherwise agreed. All pending motions are denied as moot and all hearings are canceled. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of July, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE